UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. SLAVAS,
On Behalf Of Himself and All Others
Similarly Situated,

        Plaintiffs,

v.

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A. BROECKER,
MICHAEL LANDINE, JAMES M. FRATES
and JAMES L. WRIGHT,
        Defendants.

CIVIL ACTION NO.
03-12386 RCL

FILED
CLERK'S OFFICE
2003 DEC 17 P 3: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

### JOINT MOTION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

The parties hereto, by and through their counsel, hereby move to extend the time within which defendants Alkermes, Inc., Richard F. Pops, Robert A. Breyer, David A. Broecker, Michael Landine, James M. Frates and James L. Wright (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. The parties respectfully request that such time be extended pending the appointment by the Court of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.) and the filing of a consolidated amended complaint superceding the complaint herein and any related actions. Upon filing of such consolidated amended complaint, defendants' counsel shall confer and agree with counsel for the lead plaintiff or plaintiffs upon a schedule for defendants' response to the consolidated amended complaint.

1

Dated: December 17, 2003

| | |
|---|---|
| JAMES P. SLAVAS,<br>On Behalf of Himself and All<br>Others Similarly Situated | ALKERMES, INC., RICHARD F. POPS, ROBERT A. BREYER, DAVID A. BROECKER, MICHAEL LANDINE, JAMES M. FRATES and JAMES L. WRIGHT |
| By his attorneys,<br><br>*Ted Hess-Mahan*<br>Theodore M. Hess-Mahan (BBO #557109)<br>SHAPIRO HABER & URMY LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 439-3939<br><br>Mel E. Lifshitz<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street<br>New York, NY 10016<br>(212) 779-1414 | By their attorneys,<br><br>*Alexis Shapiro*<br>Brian E. Pastuszenski (BBO# 390130)<br>Steven D. Whetstone (BBO#562196)<br>Alexis L. Shapiro (BBO# 633562)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110<br>(617) 248-7000 |

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

2

## CERTIFICATE OF SERVICE

    I, Alexis L. Shapiro, do hereby certify that on the seventeenth day of December, 2003, I caused a true copy of the Joint Motion And [Proposed] Order To Extend Time to Respond To The Complaint to be served on counsel for Plaintiff James P. Slavas, Theodore M. Hess-Mahan of Shapiro Haber & Urmy LLP, 75 State Street, Boston, MA 02109 and Mel. E. Lifshitz of Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, NY 10016, by First-class mail.

Dated: December 17th, 2003

                                                */s/ Alexis L. Shapiro*
                                                Alexis L. Shapiro
                                                Testa, Hurwitz & Thibeault, LLP
                                                125 High Street
                                                Boston, MA  02110

325/3.2727172