AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

JAMES P. SALVAS, on Behalf of Himself
and all Others Similarly Situated,

V.

**SUMMONS IN A CIVIL CASE**

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A.
BROECKER, MICHAEL J. LANDINE,
JAMES M. FRATES and JAMES L. WRIGHT,

CASE NUMBER: 03-12471 RCL

TO: (Name and address of Defendant)

DAVID A. BROECKER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 12th day of Dec, 2003

_____
Attorney for Defendant David A. Broecker

December 9, 2003
DATE

TONY ANASTAS
CLERK

(By) DEPUTY CLERK