AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JAN 15 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES P. SALVAS, on Behalf of Himself
and all Others Similarly Situated,

V.

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A.
BROECKER, MICHAEL J. LANDINE,
JAMES M. FRATES and JAMES L. WRIGHT,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03-12471 RCL**

TO: (Name and address of Defendant)

JAMES L. WRIGHT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 12th day of Dec, 2003

TONY ANASTAS
CLERK

(By) DEPUTY CLERK    Kimberly A. Abaid

_____
Attorney for Defendant James L. Wright
December 9, 2003
DATE