AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
CLERKS OFFICE
2004 JAN 15 P 12: 16
DISTRICT COURT
DISTRICT OF MASS.

JAMES P. SALVAS, on Behalf of Himself
and all Others Similarly Situated,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

ALKERMES, INC., RICHARD F. POPS,
ROBERT A. BREYER, DAVID A.
BROECKER, MICHAEL J. LANDINE,
JAMES M. FRATES and JAMES L. WRIGHT,

03 - 12471 RCL

TO: (Name and address of Defendant)

JAMES M. FRATES

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this 12th day of Dec, 2003

TONY ANASTAS

CLERK

_____
Attorney for Defendant James M. Frates

December 9, 2003
DATE

(By) DEPUTY CLERK